UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
FRANKYS CALVO BOZA,

                        Plaintiff,         **ORDER**

   -against-                             19 Civ. 6857 (AKH)

THE CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       IT IS HEREBY ORDERED that defendant City of New York will supply to plaintiff, on or before November 29, 2019, the names of the corrections officers at or responsible for the cells at the time and location identified in the complaint.

       SO ORDERED.

Dated:    New York, New York
           November 15, 2019

                                         ALVIN K. HELLERSTEIN
                                         United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/19