UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
CALVO BOZA, :
: **ORDER CLOSING CASE**
Plaintiff, :
-against- : 19 Civ. 6857 (AKH)
:
NEW YORK CITY DEPARTMENT OF :
CORRECTION, et al., :
:
:
Defendants. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On March 25, 2020, I held a status conference with the parties. At that conference, Plaintiff stated he would discontinue the case as to all defendants and requested that the case be closed. On March 28, 2022, Plaintiff and the City of New York filed a joint stipulation and order of dismissal. Defendant's motion to dismiss for lack of prosecution (ECF No. 23) is now moot. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure this case is dismissed, with prejudice and without costs, as to all remaining defendants.

    Accordingly, the Clerk shall terminate all open motions, including ECF No. 23, and mark the case closed.

    SO ORDERED.

Dated:    March 29, 2022                        ____/s/ Alvin K. Hellerstein_____
            New York, New York                   ALVIN K. HELLERSTEIN
                                                              United States District Judge